4000 05694

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

_____ Division

4-26CV-170-P

Case No. SC23-737
*(to be filled in by the Clerk's Office)*

CHANH PHOMMAVONG

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

MARIA PETERO, SOMMAT OSIT
ANDREA CHRISTIAN, DEYSY MONTERRO

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHANH PHOMMAVONG |
| Street Address | 3117 BLUFF AVENUE |
| City and County | Fort Smith     AR   72901 |
| State and Zip Code | AR     72901 |
| Telephone Number | 599-719-0681 |
| E-mail Address | N/A |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

Name  MARIA PETERO

Job or Title *(if known)*  CEO

Street Address  222 NORT 44 St.

City and County  VAN BUREN

State and Zip Code  AR  72956

Telephone Number  479 222-5176

E-mail Address *(if known)*

Defendant No. 2

Name  ANDDDED CHRISTIAN

Job or Title *(if known)*

Street Address  2101 TWIN Circle DRIVE

City and County  VAN BUREN

State and Zip Code  AR  72956

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name  DEYSY MONTEREOZA

Job or Title *(if known)*

Street Address  222 NORT 44 St.

City and County  VAN BUREN

State and Zip Code  AR  72956

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name  SOMMAY ORSIT

Job or Title *(if known)*

Street Address  6201 SO WYER ROAD

City and County  SAN ANTONIO

State and Zip Code  TEXAS  78238

Telephone Number  210 520 5011

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *2/16/2026*

Signature of Plaintiff    X    *Chanh Phommavong*
Printed Name of Plaintiff    *CHANH PHOMMAVONG*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____